[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10792

_____

HARRISON GARCIA,

                                                    Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

                                                    Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-21513-PAS

_____

Before WILSON, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

Harrison Garcia appeals the denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. In his submissions to this court, Garcia raises—or purports to raise—a multitude of claims. The bulk of Garcia's appeal alleges that his pre-trial and trial counsel rendered ineffective assistance in violation of *Strickland v. Washington*, 466 U.S. 668 (1984). Garcia contends that his counsel fell short of the constitutional mark by failing to secure witnesses, delaying requests for continuances, providing unsound advice regarding a mid-trial plea offer, inviting prejudicial comments from a witness, declining to challenge evidence of social media posts and controlled drug purchases, and neglecting to marshal an entrapment defense. Garcia also argues that the cumulative effect of these errors undermined the reliability of his trial and warrants relief. Finally, Garcia claims that the district court violated his due process rights by denying two motions for continuances of suppression hearings.

Having carefully reviewed the record on appeal and with the benefit of oral argument, we find no reversible error in the district court's meticulously drafted order. Accordingly, we affirm the denial of Garcia's § 2255 motion.

**AFFIRMED.**